DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JORGE ALVAREZ,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

No. 2D21-427

_____

September 29, 2021

Petition for Writ of Certiorari to the Circuit Court for Polk County;
Ellen S. Masters, Judge.

Jorge Alvarez, pro se.

Ashley Moody, Attorney General, Tallahassee, and Chelsea N.
Simms, Assistant Attorney General, Tampa, for Respodent.


PER CURIAM.

    We treat the petition for writ of certiorari as an appeal from the

trial court's final order dismissing the habeas corpus petition that

was filed below and affirm.  *See* Fla. R. App. P. 9.040(c); *Genovese v.*

*Inch*, 290 So. 3d 923, 924 (Fla. 4th DCA 2020); *see also Baker v. State*, 878 So. 2d 1236, 1245-46 (Fla. 2004); *Johnson v. State*, 267 So. 3d 10, 11 (Fla. 4th DCA 2019).

VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.